1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   ROSENDO GUERRA,                  )   Case No. CV 05-4271 JFW(JC)
                                      )
12                     Petitioner,    )   (PROPOSED)
                                      )
13          v.                        )   ORDER ADOPTING FINDINGS,
                                      )   CONCLUSIONS, AND
14   ROSANNE CAMPBELL, Warden,        )   RECOMMENDATIONS OF UNITED
                                      )   STATES MAGISTRATE JUDGE
15                     Respondent.    )
     _____  )
16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First

18   Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition")

19   and all of the records herein, including the attached Report and Recommendation

20   of United States Magistrate Judge ("Report and Recommendation") and

21   petitioner's objections to the Report and Recommendation ("Objections").  The

22   Court has further made a de novo determination of those portions of the Report and

23   Recommendation to which objection is made.  The Court concurs with and adopts

24   the findings, conclusions, and recommendations of the United States Magistrate

25   Judge and overrules the Objections.

26          IT IS ORDERED that Judgment be entered denying the Petition and

27   dismissing this action with prejudice.

28   ///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and on

3  counsel for respondent.

4     LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED    September 26,2008

7

8

9  _____/s/_____

10  HONORABLE JOHN F. WALTER
   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2