UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO GUERRA,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>ROSANNE CAMPBELL, Warden,<br><br>　　　　　　Respondent.<br>_____ | Case No. CV 05-4271 JFW(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

　　　Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.


　　　DATED:   September 26, 2008


　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE